| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TENNESSEE |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **Chariots of Hire, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  **62-1399529**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1204 Topside Road** <br> **Louisville, TN 37777-5505** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Blount** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Chariots of Hire, Inc.**                                    Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5320__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor **Chariots of Hire, Inc.**     Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Chariots of Hire, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2019**
              MM / DD / YYYY

X **/s/ John Mark Parsons**                          **John Mark Parsons**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ C. Dan Scott**                               Date **February 1, 2019**
Signature of attorney for debtor                          MM / DD / YYYY

**C. Dan Scott 010295**
Printed name

**Scott Law Group, PC**
Firm name

**P.O. Box 547**
**Seymour, TN 37865-0547**
Number, Street, City, State & ZIP Code

Contact phone  **(865)246-1050**   Email address  **dan@scottlawgroup.com**

**010295 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Chariots of Hire, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  1, 2019**     X **/s/ John Mark Parsons**
Signature of individual signing on behalf of debtor

**John Mark Parsons**
Printed name

**President**
Position or relationship to debtor

# United States Bankruptcy Court
### Eastern District of Tennessee

In re  **Chariots of Hire, Inc.**                                    Case No.
                        Debtor(s)                                    Chapter  **11**

## **VERIFICATION OF CREDITOR MATRIX**

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February  1, 2019**                **/s/ John Mark Parsons**
                                            **John Mark Parsons**/**President**
                                            Signer/Title

Date:  **February  1, 2019**                **/s/ C. Dan Scott**
                                            Signature of Attorney
                                            **C. Dan Scott 010295**
                                            **Scott Law Group, PC**
                                            **P.O. Box 547**
                                            **Seymour, TN 37865-0547**
                                            **(865)246-1050   Fax: (865)321-8378**

.

1st Source Bank
P.O. Box 783
South Bend, IN 46624

Advan Funding ComCap-TRFIN
P.O. Box 75422
Chicago, IL 60675-5422

Advantage Funding
Commercial Capital Corp
P.O. Box 1839
Portland, OR 97207-1839

Ally
P.O. Box 380901
Minneapolis, MN 55438

American Express
P.O. Box 650448
Dallas, TX 75265-0448

AT&T Mobility LLC
P.O. Box 6463
Carol Stream, IL 60197-6463

Atmos Energy
P.O. Box 790311
Saint Louis, MO 63179-0311

B & C Transportation, Inc.
427 Continental Drive
Maryville, TN 37804

BB&T
P.O. Box 580340
Charlotte, NC 28258-0340

Bridgestone Americas Tire Operations, LL
200 4th Avenue South, Suite 100
P.O. Box 140990
Nashville, TN 37201

Buckeye Cleaning Center
P.O. Box 843947
Kansas City, MO 64184-3947

Capital One Finance
P.O. Box 71083
Charlotte, NC 28272-1083

Century Bankcard Services
20 Fairbanks Suite 180
Irvine, CA 92618

Chrysler Capital
3033 Alcoa Highway
Alcoa, TN 37701

City of Alcoa Utility
223 Associates Blvd
Alcoa, TN 37701

Clearview Securities, Inc.
P.O. Box 3444
Knoxville, TN 37927

Coverall of Eastern Tennessee
109 S Northshore Drive, Suite 300
Knoxville, TN 37919

CTVP Surgery Associates
688 Walnut Street, Ste. 220
Macon, GA 31201

Dex-YP
P.O. Box 5010
Carol Stream, IL 60197-5010

Direct TV, LLC
Business Service Center
P.O. Box 410347
Charlotte, NC 28241

East Tennessee GPS
4610 Lufkin Lane
Knoxville, TN 37918

East Tennessee Spring Water
2201 Peachtree Street
Knoxville, TN 37920

Edson Financial, Inc.
NAC N9300-100 600
South 4th Street
Minneapolis, MN 55415

Ellison Sanitary Supplies
P.O. Box 370
La Follette, TN 37766

FedEx
PO Box 660481
Dallas, TX 75266

Ford Credit
National Bankruptcy Service
P.O. Box 621380
Colorado Springs, CO 80692

```
Ford Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80692

Ford Motor Credit Corporation
PO BOx 390910
Minneapolis, MN 55439

Fyr-Fyter Sales and Service
3301 Rudy Street
Knoxville, TN 37921

Grech Financial Services Inc.
P.O. Box 74713
Cleveland, OH 44194

Grech Financial Services Inc.
dba Edson Financial
6915 Arlington Avenue
Riverside, CA 92504

Home Depot Credit Services
P.O. Box 9001030
Louisville, KY 40290-1030

Humana
P.O. Box 533
Carol Stream, IL 60132-0533

Hunter Oil Company Inc.
P.O. Box 3646
Chattanooga, TN 37404-0646

Internal Revenue Service
P.O. Box 804521
Cincinnati, OH 45280-4521

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141-2086

IPFS WC
24722 Network Place
Chicago, IL 60673-1247

J & T Investments
P.O. Box 300
Russellville, TN 37860

J.J. Keller & Associates, Inc.
P.O. Box 548
Neenah, WI 54957-0548
```

```
John F. Lyle and Nancy S. Lyle
118 N Peters Road #247
Knoxville, TN 37923

John Mark Parson
202 Illinios Avenue
Seymour, TN 37865

Lincoln Motor Company
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80692

London & Amburn P.C.
607 Market Street, Suite 900
Knoxville, TN 37902

Lowes
P.O. Box 965004
Orlando, FL 32896

Mercedes Benz Financial Services
P.O. Box 5260
Carol Stream, IL 60197-5260

Metropolitan Knoxville Airport Authority
P.O. Box 890199
Charlotte, NC 28289-0199

Office Depot/Office Max
P.O. Box 689020
Des Moines, IA 50368-9020

People's Capital and Leasing Corp
850 Main Street
BC 03-RC#871
Bridgeport, CT 06604-4913

Pilot Travel Centers, LLC
P.O. Box 11407
Birmingham, AL 35246-1314

Power Manufacturing
P.O. Box 37007
Coral Springs, FL 33067

RCN Technologies
200 Jennings Avenue
Knoxville, TN 37917

Regions Bank
P.O. Box 216
Birmingham, AL 35201
```

Sovereign Bank CEVF
3 Hunrington Quad, Suite
Melville, NY 11747

Spectrum Business
4145 S Falkenburg Road
Riverview, FL 33578

Sprint
P.O. Box 629023
El Dorado Hills, CA 95762

State of Tennessee
Department of Revenue
500 Deadrick Street
Nashville, TN 37242

State of Tennessee Department of Safety
Commercial Vehicle Enforcement
P.O. Box 945
Nashville, TN 37202

SunTrust Bank
P.O. Box 79079
Baltimore, MD 21279-0079

T-Mobile
P.O. Box 37380
Albuquerque, NM 87106

TCF Equipment Finance, Inc
11100 Wayzata Blvd, Suite 101
Hopkins, MN 55305

TD Auto Finance
P.O. Box 9223
Farmington, MI 48333-0233

Truck Pros
5912 Rutledge Pike
Knoxville, TN 37924

Unifirst
Attn: Accounts Receivable
P.O. Box 31469
Knoxville, TN 37930-1469

Verizon Connect Fleet USA LLC
100 Winter Street, Suite 4600
Waltham, MA 02451

Volvo Financial
P.O. Box 26131
Greensboro, NC 27402-6131

```
Wells Fargo
MAC N9300-100 600
South 4th Street
Minneapolis, MN 55415

Wells Fargo Equipment
2700 S Price Road, 3rd
Chandler, AZ 85286

West Chevrolet
3450 Airport Highway
Alcoa, TN 37701

Wex Fleet Universal
P.O. Box 6293
Carol Stream, IL 60197-6293
```

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Chariots of Hire, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Chariots of Hire, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  1, 2019**  
Date

/s/ C. Dan Scott  
**C. Dan Scott 010295**  
Signature of Attorney or Litigant  
Counsel for  **Chariots of Hire, Inc.**  
**Scott Law Group, PC**  
**P.O. Box 547**  
**Seymour, TN 37865-0547**  
**(865)246-1050 Fax:(865)321-8378**  
**dan@scottlawgroup.com**