Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Chariots of Hire, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **1st Source Bank** P.O. Box 783 South Bend, IN 46624 | | #74 Lease 2016 Suburban LTZ 4WD 1GNSKJKC7GH115448 | | $25,988.81 | $0.00 | $25,988.81 |
| **American Express** P.O. Box 650448 Dallas, TX 75265-0448 | | Credit Card | | | | $11,753.17 |
| **BB&T** P.O. Box 580340 Charlotte, NC 28258-0340 | | Credit Line | | | | $17,312.32 |
| **Capital One Finance** P.O. Box 71083 Charlotte, NC 28272-1083 | | Credit Card | | | | $19,762.20 |
| **Edson Financial, Inc.** NAC N9300-100 600 South 4th Street Minneapolis, MN 55415 | | #75 Coach Lease | | | | $5,705.00 |
| **Grech Financial Services Inc.** P.O. Box 74713 Cleveland, OH 44194 | | #83 and 84 Lease on Trucks (2) | | | | $6,204.00 |
| **Grech Financial Services Inc.** dba Edson Financial 6915 Arlington Avenue Riverside, CA 92504 | | #74 Lease 2016 Chevrolet Suburban LTZ 4WD SUV 1GNSKJKC7GR115448 | | $40,000.00 | $30,000.00 | $10,000.00 |

Debtor **Chariots of Hire, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Humana** P.O. Box 533 Carol Stream, IL 60132-0533 | | Health Insurance | | | | $6,683.01 |
| **Internal Revenue Service** P.O. Box 804521 Cincinnati, OH 45280-4521 | | 941 4th/2018 | | | | $5,673.28 |
| **Internal Revenue Service** P.O. Box 804521 Cincinnati, OH 45280-4521 | | 941 3rd/2018 | | | | $20,317.75 |
| **IPFS Corporation** P.O. Box 412086 Kansas City, MO 64141-2086 | | Vehicle Insurance | | | | $77,535.00 |
| **J & T Investments** P.O. Box 300 Russellville, TN 37860 | | 3 Vehicle Leases | | $9,500.00 | $0.00 | $9,500.00 |
| **London & Amburn P.C.** 607 Market Street, Suite 900 Knoxville, TN 37902 | | Legal Expenses | | | | $24,500.00 |
| **Pilot Travel Centers, LLC** P.O. Box 11407 Birmingham, AL 35246-1314 | | Fuel | | | | $6,300.77 |
| **Regions Bank** P.O. Box 216 Birmingham, AL 35201 | | Consumer Loan | | | | $48,840.28 |
| **State of Tennessee Department of Revenue** 500 Deadrick Street Nashville, TN 37242 | | Sales Tax | | | | $13,499.69 |
| **State of Tennessee Department of Safety Commercial Vehicle Enforcement** P.O. Box 945 Nashville, TN 37202 | | Commercial Vehicle Enforcement | | | | $7,500.00 |
| **SunTrust Bank** P.O. Box 79079 Baltimore, MD 21279-0079 | | | | | | $4,731.42 |

Debtor **Chariots of Hire, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SunTrust Bank**<br>**P.O. Box 79079**<br>**Baltimore, MD**<br>**21279-0079** | | **Overdraft Protection** | | | | **$18,431.00** |
| **TD Auto Finance**<br>**P.O. Box 9223**<br>**Farmington, MI**<br>**48333-0233** | | **#78**<br>**Lease**<br>**2015 Cadillac**<br>**Escaladea**<br>**1GYS4TKJ2FR508442** | | **$53,284.65** | **$47,000.00** | **$6,284.65** |